# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,      Case No. 3:15mj00189

-vs-      Chief Magistrate Judge Sharon L. Ovington

OMAR EVANS, JR.,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on July 30, 2015.  Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

July 30, 2015

                                                                           s/ Sharon L. Ovington
                                                                           Sharon L. Ovington
                                                         Chief United States Magistrate Judge